**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MARILENE BRYANT,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-873**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**WALMART STORES EAST LP, *et al.*,**

**Defendants.**

**REPORT AND RECOMMENDATION**

The docket of the Court of Common Pleas for Franklin County, Ohio—the court where this case was originally commenced—reflects that Defendant Anthem Blue Cross of California was served with the Complaint on June 22, 2026, making its answer due on July 28, 2026, following this case's removal to this Court on July 21, 2026. *See* Fed. R. Civ. P. 81(c)(2). Although Anthem failed to file a timely answer or other response to the Complaint, Plaintiff did not apply for an entry of default from the Clerk pursuant to Federal Rule of Civil Procedure 55(a). On August 19, 2026, the Court ordered Plaintiff to show cause why the claims against Anthem should not be dismissed for want of prosecution within fourteen days of the Show Cause Order unless it had filed an application for entry of default in the interim. (ECF No. 8.)

To date, Plaintiff has not responded to the Show Cause Order and has not filed an application for entry of default against Anthem. It is therefore **RECOMMENDED** that Plaintiff's claims against Defendant Anthem Blue Cross of California be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) for failure to prosecute.

## PROCEDURE ON OBJECTIONS

If any party objects to this Report and Recommendation, that party may, within fourteen (14) days of the date of this Report, file and serve on all parties written objections to those specific proposed findings or recommendations to which objection is made, together with supporting authority for the objection(s). A District Judge of this Court shall make a *de novo* determination of those portions of the Report or specified proposed findings or recommendations to which objection is made. Upon proper objections, a District Judge of this Court may accept, reject, or modify, in whole or in part, the findings or recommendations made herein, may receive further evidence or may recommit this matter to the Magistrate Judge with instructions. 28 U.S.C. § 636(b)(1).

The parties are specifically advised that failure to object to the Report and Recommendation will result in a waiver of the right to have the District Judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE